# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN CHARLES COLEMAN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 3:14-cv-00374-RCJ-VPC

**ORDER**

    Before the court are petitioner's a motion for relief from judgment/order (#11), respondents' opposition (#13), and petitioner's reply (#15). The court had dismissed grounds 1 through 5 of the petition (#9) because, to the extent that Nevada's sentencing procedures for a habitual criminal implicate the Constitution, the state district court complied with those procedures. In his motion (#11), petitioner argues again that the state district court needs to impose penalties on the principal crimes before punishing him as a habitual criminal. The Nevada Supreme Court opinions that this court cited in its earlier order (#8) show that this argument is incorrect. Petitioner's judgment of conviction, which he has attached both to his petition (#9) and to the motion (#11), shows that the state district court followed the procedure outlined by the Nevada Supreme Court.

///
///
///
///
///


IT IS THEREFORE ORDERED that petitioners' motion for relief from judgment/order (#11) is **DENIED**.

DATED: This 11th day of February, 2015

_____
ROBERT C. JONES
United States District Judge