# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN CHARLES COLEMAN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 3:14-cv-00374-RCJ-VPC

**ORDER**

    The court directed petitioner to decide what to do with the unexhausted grounds for relief. Petitioner has filed a motion to voluntarily dismiss grounds 7-8 (#31). Good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to voluntarily dismiss grounds 7-8 (#31) is **GRANTED**.

    DATED: This 21st day of April, 2016.

_____
ROBERT C. JONES
United States District Judge