# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN CHARLES COLEMAN,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 3:14-cv-00374-RCJ-VPC

**ORDER**

    Petitioner having submitted a motion for enlargement of time (first request) (ECF No. 36), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (first request) (ECF No. 36) is **GRANTED**. Petitioner shall have through October 3, 2016, to file and serve a reply to the answer (ECF No. 35).

    Dated: July 18, 2016.

                                                         _____
                                                          ROBERT C. JONES
                                                          United States District Judge