

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN CHARLES COLEMAN,<br><br>Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 3:14-cv-00374-RCJ-VPC<br><br>**ORDER** |

On June 14, 2017, the court denied the petition for a writ of habeas corpus and entered judgment. ECF No. 45, 46. Before the court now are petitioner's a motion for appointment of counsel (ECF No. 47) and motion for a certificate of appealability (ECF No. 48), respondents' response to the motion for appointment of counsel (ECF No. 49), and petitioner's reply (ECF No. 50).

The court denied the issuance of a certificate of appealability on any ground for relief when it denied the petition. Petitioner's arguments do not convince the court that reasonable jurists would disagree with any determination of this court. The court denies petitioner's motion for a certificate of appealability.

The court agrees with respondents that appointment of counsel in the district court would be pointless. The court has entered final judgment. Nothing is left to be done in this action.

IT IS THEREFORE ORDERED that petitioner's motion for appointment of counsel (ECF No. 47) is **DENIED**.

///

IT IS FURTHER ORDERED that petitioner's motion for a certificate of appealability (ECF No. 48) is **DENIED**.

DATED: *August 22, 2017.*

_____
ROBERT C. JONES
United States District Judge